THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELANIE ACKERMAN, | : | Case No. 2:20-cv-1866 |
| Plaintiff, | : | |
| v. | : | Honorable Joy Flowers Conti |
| WILKINSBURG SCHOOL DISTRICT, | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| MELANIE ACKERMAN, | : | Case No. 2:19-cv-1370 |
| Plaintiff, | : | |
| v. | : | |
| WILKINSBURG SCHOOL DISTRICT, | : | |
| Defendant. | : | |

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated by and between Plaintiff, Melanie Ackerman, and Defendant, Wilkinsburg School District, that the above-captioned actions are hereby settled and voluntarily dismissed with prejudice.

Respectfully submitted,

/s/ *Timothy M. Kolman*
Timothy M. Kolman
PA I.D. #
KOLMAN LAW P.C.
414 Hulmeville Avenue
Penndel, PA  19047

Attorney for Plaintiff

/s/ *Matthew M. Hoffman*
Matthew M. Hoffman
PA I.D. #43949
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
mhoffman@tuckerlaw.com

Attorney for Defendant

Dated: May 2, 2022

**SO ORDERED**, this 2nd day of May, 2022.

s/Joy Flowers Conti
Hon Joy Flowers Conti,
Senior United States District Judge